AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
WESTERN District of TEXAS

**FILED**
October 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jackson_____
DEPUTY

United States of America
v.
MIGUEL ANGEL PADILLA-VILLANUEVA

      *Defendant(s)*

Case No. SA-23-MJ-1412

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 5, 2023 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) & (b)(1)(C) | Possession with Intent to Distribute a Controlled Substance which involved a Mixture or Substance containing a Detectable Amount of Cocaine.<br><br>Penalties: 0 to 20 Years Imprisonment; $1 Million Fine; Minimum 3 Years Supervised Release; and $100 Mandatory Special Assessment. |

This criminal complaint is based on these facts:

See attached affidavit

☒ Continued on the attached sheet.

*Complainant's signature*

SA Daniel Mariano, DEA
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: 10/6/23

City and state: San Antonio, Texas

*Judge's signature*

Elizabeth S. Chestney, U.S. Magistrate Judge
*Printed name and title*

I, Daniel Mariano, being duly sworn, depose and say:

I am currently employed as a Special Agent with the United States Drug Enforcement Administration (DEA) who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 21, United States Code (USC). I have been employed by the DEA since 2020, and I am currently assigned to the San Antonio District Office in San Antonio, Texas. During the course of my employment I have been personally involved in numerous drug trafficking and money laundering investigations. I have special training in the investigation of drug trafficking organizations, specifically, communication exploitation, drug trafficking patterns, and techniques.

On Thursday October 5, 2023, at approximately 9:45 a.m., officers established surveillance at a residence in the 3000 block Perez Street, San Antonio, Texas and observed Miguel Angel PADILLA-Villanueva enter the residence carrying a large brown box. Officers also observed a gray Chevrolet Malibu bearing Texas License Plates: SGY3335 parked outside the residence. At approximately 10:20 a.m., SA Mariano observed a Hispanic male exit the residence and entered the Chevrolet Malibu on the driver's side carrying a large bag. Shortly after the gray Chevrolet Malibu departed, the San Antonio Police Department (SAPD) officers in a marked unit then caught up to the Chevrolet Malibu with the Hispanic male standing outside of it. SAPD officers attempted to make contact with the driver but the male driver but the driver then abandoned the Chevrolet Malibu and fled on foot carrying the same bag scene at the residence. Officers located the driver and detained him as he was making a phone call. The driver was identified as Armando HERNANDEZ Jr. At this time, DEA SA Mariano arrived at the scene, read HERNANDEZ, Jr. his Miranda Rights and agreed to speak with officers. SA Mariano asked HERNANDEZ, Jr. where he threw the bag that contained the cocaine. HERNANDEZ, Jr. admitted that he threw the bag in the backyard of a house on the 3000 block W. Salinas, San Antonio, Texas. Officers found the bag and it contained approximately 3 kilograms of cocaine. HERNANDEZ, Jr. admitted to SA Mariano that he knew it was cocaine that he had picked up from the residence in the 3000 block of Perez St. At this time, the officers and agents with HERNANDEZ Jr. then relocated to Perez St., because other officers and agents observed Miguel Angel PADILLA-Villanueva carrying the same large brown box from the residence and into a Toyota Camry bearing Texas License Plate: TCV9108. PADILLA-Villanueva then backed out of the residence and drove towards Commerce St.

Shortly after, at the request of SA Mariano, officers initiated a traffic stop and detained PADILLA-Villanueva as he exited his vehicle at the AutoZone parking lot located in the 4000 block W Commerce Street, San Antonio, Texas based on the previous traffic stop that yielded approximately 3 kilograms of cocaine. After he was read his Miranda Rights in Spanish by SA Mariano, he admitted that he had 5 kilograms of cocaine inside of his vehicle. Officers recovered the cocaine without incident. PADILLA-Villanueva later admitted that he personally gave the cocaine to HERNANDEZ.

Both seized amounts of cocaine were field tested, and yielded positive results for cocaine.

Based on the foregoing, I submit there is probable cause to believe that Armando HERNANDEZ Jr., and Miguel Angel PADILLA-Villanueva both knowingly possessed with the intent to distribute a controlled substance which involved a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

_____
Daniel Mariano
Special Agent
Drug Enforcement Administration

Subscribed and sworn telephonically on October 6, 2023.

_____
HONORABLE ELIZABETH S. CHESTNEY
UNITED STATES MAGISTRATE JUDGE